UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONNA COUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>ASH HOPE II INC. et al.,<br><br>    Defendants. | Case No. 2:24-cv-09671-SB-AJR<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

    Plaintiff filed her complaint against Defendants Ash Hope II Inc. and Andrew Enterprises, LLC on November 8, 2024. Plaintiff served Defendants on November 13 and November 21. *See* Dkt. Nos. 12, 13. Defendants failed to timely respond, and Plaintiff has not sought entry of default against Defendants. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than January 2, 2025, why her claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before December 30, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: December 18, 2024

Stanley Blumenfeld, Jr.
United States District Judge

1